UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

HAKIM HUNTER,

                                           Plaintiff,

-against-

THE CITY OF NEW YORK, P.O. DENNIS FRIENDLY,
SGT. MICHAEL WHITE, AND P.O. HUGO ORTEGA,

                                           Defendants.
-----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 1853 (NG) (RML)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1. The above-referenced action is hereby dismissed with prejudice; and

      2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for

the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Isaacson, Schiowitz & Korson, LLP<br>*Attorneys for Plaintiff*<br>150 Broadway, Suite 1600<br>New York, NY 10038<br>(212) 267-6557 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,<br>Friendly, White and Ortega*<br>100 Church Street, Rm. 3-183<br>New York, New York 10007 |

By: _____
Jeremy Schiowitz
*Attorney for Plaintiff*

By: _____
Liza Sohn
*Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
      3/13 , 2013

_____
HON. NINA GERSHON
UNITED STATES DISTRICT JUDGE